# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1062. JAMES A. SPIES, JR. v. JEFFREY T. WHEELOCK ET AL.**

This appeal was docketed on January 8, 2020. The appellant's brief and enumeration of errors were due to be filed no later than January 28, 2020. *See* Court of Appeals Rules 22 (a) and 23 (a). On January 27, 2020, appellant filed a request for extension to file his brief and a 30-day extension was granted by this Court. Appellant has not timely filed a brief and enumeration of errors, and no further extension of time for filing has been filed. Accordingly, this appeal is DISMISSED. *See* Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/06/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*